**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| GLUE WILKINS, | : No. 74 MM 2019 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| HONORABLE JOSEPH C. | : |
| MADENSPACHER, SENIOR JUDGE, | : |
| SPECIALLY ASSIGNED, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of September, 2019, the Application for Leave to File Original Process is GRANTED, and the Amended King's Bench Matter is DENIED. The Prothonotary is DIRECTED to strike the judge's name from the caption.